Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Howard S. Han (SBN 243406)
hhan@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERIDIAN TEXTILES, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BODY CENTRAL CORP., *et al.*,<br><br>Defendants. | Case No.: CV14-8975-MWF (AGRx)<br>*Hon. Michael W. Fitzgerald Presiding*<br><br>[PROPOSED] **ORDER ON STIPULATION TO DISMISS ACTION** |

- 1 -

**[PROPOSED] ORDER**:

Having reviewed the stipulation of the parties to dismiss the action and finding good cause thereon,

IS HEREBY ORDERED that:

1. This action is hereby dismissed; and
2. The parties to this stipulation will each bear their own costs as incurred in connection with the dismissed claims.

SO ORDERED.

Date: January 29, 2018    By: _____
                                            Hon. Michael W. Fitzgerald
                                            United States District Judge